**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   : No. 148 MAL 2014
:
               Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.   :
:
:
:
JAMES EDWARD BUCK, SR.,   :
:
              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.